AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

| USA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Virak Prum | Case Number: 1:21-cr-10183-WGY-2 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| M. Page Kelley | Fred Wyshak, III | Michael Tumposky |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/22/2021 | Joan Daly | Kellyann Belmont |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| 1 | | 6/22/2021 | | X | Detention affidavit |
| 2A | | 6/22/2021 | | X | Photo of group of people at gravesite |
| 2B | | 6/22/2021 | | X | Photo of group of people (7) |
| 2C | | 6/22/2021 | | X | Photo of group of people (3) |
| 3A | | 6/22/2021 | | X | Video clip |
| 3B | | 6/22/2021 | | X | Video clip |
| 4 | | 6/22/2021 | | X | Video clip |
| 5 | | 6/22/2021 | | X | Series of photographs of mail package |
| 6 | | 6/22/2021 | | X | Series of photographs |
| 7 | | 6/22/2021 | | X | Video clip |
| 8 | | 6/22/2021 | | X | U.S. Department of Homeland Security TECS - Person Encounter List |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages