## <u>DETENTION AFFIDAVIT OF SPECIAL AGENT MATTHEW R. ZAREMBA</u>

I, Matthew R. Zaremba, being duly sworn, depose and state as follows:

## I.   INTRODUCTION

1.     I submit this affidavit in support of the government's motion that the following individuals be detained pending trial or in support of the government's request for conditions of pretrial release for:

**a.   SARATH YUT, a/k/a "BLACK," a/k/a "KHMAO," a/k/a "ASIAN WARRIOR," a/k/a "CEASAR," a/k/a "JASON CHAN," a/k/a "S. KONG,"**

**b.   VIRAK PRUM, a/k/a "POLO," a/k/a "CAPO," a/k/a "LIPS,"**

**c.   PEOUVEASNAH PIN, a/k/a "POE," a/k/a "PANDA PO,"**

**d.   SAMBO BUTH, a/k/a "CHEWY, a/k/a "CHING,"**

**e.   SAMBATH LAY, a/k/a "G," a/k/a "GRIMEY,"**

**f.   MARK YIN, a/k/a "MARKASS,"**

**g.   CHRISTOPHER PHANN, a/k/a "KREE,"**

**h.    DARASY CHHIM, a/k/a "MYSTIKAL," a/k/a "RIZZUS,"**

**i.   SRIPHAN KEOMANY, a/k/a "C-PON," a/k/a "C," a/k/a "OLE MAN,"**

**j.   VONGNARHOTH PROEUNG, a/k/a SUNNY," a/k/a "OG DEUCE,"**

**k.   VICTORY THORN,**

**l.   CHOMROEUN KEO, a/k/a "SHREK," a/k/a "LONG HAIR SHREK,"**

**m. GAUIS MONTEYRO, a/k/a "G-MADE,"**

**n.   SAMOEUN KEM, a/k/a "CRAZY ONE," a/k/a "CRAZY," a/k/a "SAM," and**

**o.   RICHARD SAM, a/k/a "LIL STOMPER," a/k/a "BOY."**

## II.    BACKGROUND OF INVESTIGATION

2.    Leading up to and during the summer of 2018, the city of Lowell experienced a dramatic spike in shootings and gang violence. In an article posted in the Lowell Sun on July 31, 2018, highlighting the violence, Lowell City Manager Eileen Donoghue stated, "it's clear that nobody is happy about the recent incidents" and "it will not be tolerated."[1] The Interim Lowell Police Superintendent, Jack Webb, attributed the series of recent shootings to two competing gangs, Cambodian Mob Family, or CMF, and the Outlaws.  Webb stated, "they're responsible for the vast majority of violence" and "the violence is happening wherever these members happen to live, and they live all over the city."[2] The Lowell Police made great strides in solving cases and addressing the increase in violence, to include reaching out to community partners as well as other law enforcement agencies.

3.    In August of 2018, Lowell Police contacted the FBI, Lowell Resident Agency (RA) to address the recent uptick in gang-related shootings and violence. Since that time, the FBI, Lowell (RA) and Lowell Police Department, alongside other federal agencies to include the United States Postal Inspector Service (USPIS), the Drug Enforcement Administration (DEA) and the Internal Revenue Service (IRS),  have been engaged in an investigation into the One Family Clique ("OFC"), which is an alliance of several local gangs primarily based out of Lowell, Massachusetts, with ties to California and other states throughout the country. OFC is an association of primarily Asian gangs but also has alliances of convenience with other non-Asian gang members. **SARATH YUT ("YUT")** is a founder and leader of OFC and a member of Crazy Mob Family ("CMF").

---

[1] Lowell Sun News – *Lowell Police: Gang dispute behind recent violence*, July 31, 2018 String of violence continues in Lowell with gunfire, stabbing – Lowell Sun

[2] Lowell Sun News – *Lowell Police: Gang dispute behind recent violence*, July 31, 2018 String of violence continues in Lowell with gunfire, stabbing – Lowell Sun

4.     Since the start of this investigation, Lowell Police attribute twelve incidents involving gunfire to the growing tensions between OFC and rival gang members. On June 18, 2018, there was a shooting that resulted in the death of OFC / CMF member Sarom YUT, a/k/a "EVO." Sarom YUT is the brother of **SARATH YUT,** a main target of this investigation. I believe that this shooting was related to a rivalry between OFC and rival Lowell gang members, the PHAN Family / the Outlaws. Numerous incidents, including a physical assault on **YUT** in May 2018 and Billy PHAN surviving a gunshot wound to the head (on the same day, June 18, 2018), led to the shooting.

### III.     HISTORY OF GANG VIOLENCE

5.      Crazy Mob Family, also known at one time as Crazy Mafia Family, a/k/a "CMF" originated in California and formed locally in Lowell, Massachusetts in the late 1990's to early 2000's. Dating back to 2007,  **YUT** had self-identified as a member of CMF, according to law enforcement.

6.     In the mid to late 2000's, under the direction of **YUT,** several of the gang sets in Lowell, both Bloods and Crips, to include Crazy Mob Family (CMF), Crazy Brother Clan (CBC), Insane Blood Gang (IBG), Ruthless Cambodian Bloods (RCB), Moonlight Strangers (MLS), Dangerous Little Bloods (DLB), Original Bloods (OB), Diamond Crips (DC), Sworn Brothers (SB), and the Outlaws created an informal alliance under the umbrella One Family Clique, or OFC. The gang sets retained their independence but worked in conjunction with one another to expand their criminal network.  **YUT** has established himself as the leader of this more expansive group, which is well known and feared within the City of Lowell.  Below is a photograph of OFC members and associates gathered at the West Lawn Cemetery in Lowell, at the gravesite of Sarom YUT on September 5, 2019.

3



*Left to right standing: Chomroeun KEO, a/k/a SHREK (wearing dark colored plaid shirt and jeans with "LA" hat), Peouveasnah PIN, a/k/a POE (wearing a black hoodie (up) and a baseball cap holding a plastic cup), Sriphan KEOMANY, a/k/a C-PON (wearing a black and white hoodie and black Red Sox hat), Sarath YUT, a/k/a BLACK (wearing a black hoodie with unk letterings and a back hat. YUT appears to be brandishing a firearm in his right hand. Darasy CHHIM, a/k/a MYSTIKAL, (wearing a black jacket, black shirt, and a black hat), Sambath LAY, a/k/a G, (wearing a blue working shirt with white name tapes, holding a beer). Kneeling in first row: Richard SAM, a/k/a LIL STOMPER (wearing a back jacket with the word "CAMBODIA,"black hat, holding a plastic cup in right hand).*

      7.      Historically, OFC and their subsets were rivals with, among others, the Asian Boyz (ABZ) and Tiny Rascal Gang (TRG). Since about 2018, the Outlaws ended the alliance they had with OFC, reportedly over a debt owed, and have become one of OFC's biggest rivals. Members and associates from both sides have been involved in acts of violence, back and forth, to including fatal and non-fatal shootings.

8.      The feud between OFC and the Outlaws started in or around early 2018. In May 2018, **YUT** was allegedly jumped and robbed of a gold chain. It's unknown where this incident took place, as it was not reported to the police; however in a recorded jail call with CMF member Michael MAO, a/k/a "SPOOK,"[3] **YUT** suggested that the Outlaws robbed him of his chain in an act motivated by gang rivalry.

YUT:    *My necklace was snatched from my neck* …uh last Saturday.

MM:     Who di – Do you know who it was?

YUT:    Yeah, Outlaw *crew*.

YUT:    Ah Noy *and them*. Ah Boy and his brothers.

MM:     What?

YUT:    Yeah.

MM:     Oh. I mean what's going – what's going – I mean what's up?

YUT:    Yeah – you already know the deal.

MM:     All the bitch ass niggers man.

YUT:    Yep [laughs] It is what it is, right?

9.      The following month, in June, another member of OFC was assaulted and robbed of his necklace outside of P&P Jewelry on Middlesex Street in Lowell. The surveillance video shows three Asian males fitting the description of the Phan brothers, in the immediate area at the time of the assault. A day later, on June 18, 2018, a member of the Phan Family Outlaws was shot in the head.  He managed to survive his injuries.  The suspected vehicle involved in the shooting belonged to an OFC member and was later recovered in Providence, Rhode Island at a residence

---

[3] MAO is currently incarcerated at Buckingham.

associated with another OFC member. That same day, Sarom Yut, a/k/a EVO, member of OFC and **YUT's** brother, was shot and killed outside of 70 Smith Street while he was streaming live on social media. Another OFC member, and **YUT's** relative, was also shot but survived. The vehicle seen fleeing the scene was registered to a member of one of the Phan Family Outlaws. Three days later, another member of OFC was shot at while in his car. In a recorded call on June 23, 2018, with MAO, **YUT** spoke about on the violence and stated that it all stemmed from the incident when he was jumped and robbed of his chain.

MM:   Hello?

YUT:   Yo

MM:   Whats up bruh?

YUT:   Man, its been a long week but what's up?

MM:   What you say?

YUT:   Its been a long week.

MM:   I know man, I've been-I've been hearing man. Everything alright, with you?

YUT:   Meh, it is what is

MM:   God damn my nigga. I done got fucking multiple emails fucking talking about, this-uh your brother, man. That's why, that's why I've been trying to hit you up. I know you aint probably want to talk to nobody though.

YUT:   What's up, I mean shit.

YUT:   An eye for an eye.

MM:   Huh?

YUT:   An eye for an eye. That's all there is.

MM:   Aye, aye man, is this-this that same situation, my nigga? With the, with the chain?

YUT:   Yeah

6

**YUT** spoke about "ECKO" getting shot by the Outlaws too. **YUT** told his people not to say anything about the shooting, and they will handle everything on the streets.

YUT:  You remember Ecko right? The little nigga?

MM:  Who?

YUT:  Ecko.

MM:  Yeah.

YUT:  Yeah, the day after, they plotted on him, those guys.

MM:  God damn bro!

YUT:  [UI]

YUT:  Right now niggas looking [UI] back and forth and shit [UI]

MM:  God damn my nigga.

YUT: You already know, You know how when we got down we got down [OV] [UI]

MM:  Yeah

YUT:  [UI] Niggas a little older, niggas, know what I mean? [UI]

MM: Niggas need to be smarter man you know what I'm saying?

[B:] Yeah, of course

[MM:] You know what I'm saying like, be smart nigga.

| YUT: | I heard they talked to the other nigga that … shot Ah Rom already, but I'm not sure. Had him in for questioning |

MM and

| YUT: | I told, I told, I told, I told my uncle to not say anything, know what I mean? If something was said, but if something was said, it is probably from the others, uh, probably from the neighbors and shit. I told my uncle to say anything and to say that they didn't know anything. |

| MM: | Yeah |

10.    In July 2018, the vehicle of the girlfriend of a known OFC member was shot at in a drive-by near Corbett Street. 71 Corbett Street is the residence of another CBC and OFC member. The suspect vehicle was registered to an Outlaw associate.  Two days later, a jail call recording from the Billerica House of Corrections captured CMF member Bounnee LAKONGPHENG, a/k/a CROW stating, "they hit us again" and asked about how many of the PHANs were incarcerated. After hearing it was only one person, the person speaking with LAKONGPHENG stated "we will handle it on the outside then."

11.    The back and forth of targeted violence continued as only 3 days later, July 14, 2018, the sister of a CBC/OFC member was shot at as she pulled into her driveway at 28 Varney Street. Six spent .40 caliber casings, 5 live .40 caliber casings and 1 spent projectile was recovered at the scene. The next day, July 15, 2018, the residence at 57 Calvin Street, where an Outlaw member was staying, was shot. Twenty rounds from a semi-automatic/automatic style assault rifle were recovered in front of this location. There were three additional shooting incidents reported that summer where shots were fired at either a known residence of an Outlaw member or a known residence of an OFC member. In a recorded call on September 12, 2018, **YUT** told MAO that the Outlaws were jealous and wanted bread (money) like his crew was getting bread.

| YUT: | I can't go out there looking for trouble but at the same time nigger if we cross paths nigger, I'm gonna air them niggers out |

8

MM:   Yeah.  Bitch ass niggers.  Them niggers still be around?

YUT:   Mm-Hm, but they be hiding in houses and shit

MM:   Mm-Hm them niggers [??UI]

YUT:   [Laughs] Yeah.  Fucken them niggers [??UI] they running around cause we hitting up all their –their [work ], all their trap spot

MM:   [Laughs] Them nigger don't know [??UI]

YUT:   Nah they ain't doing shit.  They ain't about shit.  Them niggers just want to yell at niggers an shit at-I mean th-they just jealous nah what I mean

MM:   Yeah

YUT:   They don't get bread how we get bread and they want a piece of the action.  Well fuck [??UI]

12.     In February 2019, OFC member Jimmy IEM a/k/a JLO, a/k/a JIMMY RASKAL was outside 264 Walker Street, a known OFC hangout.  IEM went to retrieve his phone from his vehicle, which was parked on Spring Ave, when he was shot multiple times, killing him. A witness was reportedly approached outside the Walker Street address just prior to the shooting by a member of the Outlaws. However, in a recorded jail call between **YUT** and MAO on February 23, 2019, **YUT** stated "it isn't those guys that did it, but we made it look like them."

MM:   Yo, what's up dog everything alright?

YUT:   Oh man—messy.

MM:   I heard man—what's going on—you alright?

YUT:    Oh I'm good.

MM:   God damn dog—[OV] so—so who the hell—who—who—who wa—[OV]

YUT:   It was uh—it was—wasn't those guys though—it was uh—whatev—it was some different people. It wasn't big whatever, you know what I mean?

MM:   Yeah.

YUT:  Yeah but um— we make it look like those guys did it so that way get all the boys riled up and shit, it was a fucked up situation but I'm trying to make the best out of it.

MM:  What's up with the po—po—police? They fucking with you?

YUT:  No that uh—no I mean—I don—I know they out there heavy though.

13.     The shootings continued throughout 2019 and into 2020 with shots fired at five known locations associated with the Outlaws and three known locations associated with OFC.  On September 6, 2020, a birthday party for **YUT** was held at **VIRAK PRUM's ("PRUM")** residence. During the party a drive by shooting occurred, hitting and injuring an OFC associate. On September 13, 2020, a drive-by shooting occurred at the PHAN's residence on Wilder Street. A day later, another OFC associate was shot and killed as he walked out of a residence on Spring Street that has historically been known as an OFC members residence.

### IV.     OFC CRIMINAL ACTIVITY – DRUG CONSPIRACY, MONEY LAUNDERING CONSPIRACY, AND "PROTECTION DETAILS"

14.     The investigation, dubbed "Operation Street Roulette," involved overlapping conspiracies, charged in a single indictment. **YUT, VIRAK PRUM, PEOUVEASNAH PIN, SAMBO BUTH, SAMBATH LAY, MARK YIN, CHRISTOPHER PHANN, DARASY CHHIM, SRIPHAN KEOMANY,  VONGNAROTH PROEUNG, VICTORY THORN, CHOMROEUN KEO** and **GAIUS MONTEYRO** are charged in a large multi-object drug conspiracy.

15.     Throughout the investigation, agents have seized or purchased approximately 2.32 kilograms of cocaine; 10.78 kilograms of methamphetamine; 41 grams of Fentanyl; 30 grams of MDMA; and 513 grams of heroin; $104,396 in cash; and three firearms during the course of this investigation.

16.     The drug conspiracy centers on **YUT,** who, with his codefendants, used the United States Postal Service to receive shipments of illegal narcotics and, in return, to ship cash proceeds to **YUT's** source of supply.

17.     On April 24, 2019, in a recorded call between **YUT** and MAO, **YUT** explained his strategy of using intermediaries in furtherance of the narcotics conspiracy.

YUT:    As soon as I get it I'm gonna text that *number*[4] tell him that, um, it's on route and shit

MM:     Okay.  Alright well, fucken [??UI] yeah-yeah then we-we can work that.  Yo you say you *send* What happened with uh, *Shameface let you* or what?

YUT:    Yeah, *that nigger is a pussy, he's scared*.
[SC]
YUT:    I got my *other homie* out there that, know what I mean, that

MM:     Yeah

YUT:    do what is [??UI] so I'm like you know what if my own niggers don't want to eat then I *let someone else eat.*

MM:     Yeah

YUT:    I mean-I-I rather buy then make sure, like know what I wanna make sure my *family eat first* before everybody else, but

MM:     Yeah

YUT:    I'm not giving *handouts* I'll tell you that.  Nigger gotta work-niggers gotta work with me bro,

MM:     Yeah, nigger *tripping*. He ain't never never get back to you at all?

YUT:    Na-uh he hasn't gotten back to me [UI] Dude I would have given *250* a package.

MM:     Damn

YUT:    Know what I mean?

MM:     Yeah

---

[4] Words in italics have been translated from Khmer.

11

YUT: Two hundred fifty bucks and then I told him how do everything like, yo, what you gotta do is *writ return to sender*, stick it to the side of the *house*, and that's it and then ah, and then *at night time* I'll have somebody go get it. You ain't even like-you ain't got drive up the house all you gotta do *put inside and put bedside the house*, *and if they kick the door*?, Yo I don't know who's shit it is, yeah it's my address but it's not my name. I thought it was one of my *parents*, I thought it was a wrong what ever

[SC]

MM: Oh so you can just be like *send back* and then send somebody else, come *to take*

YUT: Yeah, yeah I-I cannot *send to the house* Whatever I got *send* right?

MM: Yeah

YUT: All I gotta do is on *package* write return to sender. *When the pigs kick the door in, kicked the door in and asked who owns?* yeah, I don't know. I don't know who *stuff* it is.

[SC]

MM: O-oh okay I was wondering how you guys did it. Yeah. Yeah, damn that's alright. That's smart.

YUT: Yeah, I mean, know what I mean, that's how everything is protected, know what I mean?

MM: Yeah

YUT: And I-I *packed and packed* really good know what I mean, I pack it tight, know what I mean.

MM: Yeah

YUT: And it's [UI] but this nigger he's scared. Shoot I was gonna give him like two package a week. *500 a week*, easy. Two thousand a month chilling.

MM: Yeah, that nigger tripping. To do nothing, he ain't doing shit.

YUT: And I explained to him too, like yeah-yeah-yeah but I'm not gonna be all like nigger you ain't gotta be home.. All you do is when you see the *mail* have somebody in the *house* like-it's gonna have tracking numbers.

MM: Yeah

YUT: And then once-once uh, o-once you know that uh it's gonna be in uh *at 3 or 4 o'clock* just try remember when your mailman comes

MM: Yeah

12

YUT:  Between three and four o'clock go-go sit home for a few hours and then bring that shit back in and go back to work or do what you gotta do. But hey, it is what it is, bro. Niggers ain't with it, then he ain't with it.

18.     The government alleges that at least four codefendants received narcotics shipments from California for **YUT**: **VONGNAROTH PROEUNG**, **VICTORY THORN**, **CHOMREOUN KEO**, and **GAUIS MONTEYRO.**  In addition, FBI cooperating witnesses or undercover agents made controlled purchases of drugs from **PRUM, PIN**, and **BUTH**.  Finally, the government alleges that **BUTH, LAY, YIN, CHIMM, PHANN**, and **KEOMANY** purchased and distributed controlled substances.

19.     **YUT, BUTH, LAY, YIN, PHANN, PROEUNG, THORN**, and **KEO** are charged with conspiring to commit both concealment and promotion money laundering.  This money laundering conspiracy involves the bulk cash shipment of proceeds, as well as electronic payments for drugs.

20.     **PIN** and **BUTH** are charged with dealing in counterfeit obligations and securities. That count is based on their providing "protection" to an FBI cooperating witness ("CW-1"), who purported to purchase $100,000 worth of counterfeit money from an FBI undercover agent. **BUTH** and **PIN** transferred and delivered the counterfeit currency from Cambridge, Massachusetts to New Hampshire, where it was received by another FBI undercover agent.

21.     **PRUM, PIN, KEM** and **SAM** are charged with money laundering conspiracy, based on their participation in another "protection detail."  As part of the conspiracy, in February 2021, **PRUM** and **KEM** traveled to Florida and met with multiple FBI undercover agents, including UC-3, and another FBI cooperating witness (CW-5), where they discussed the protection run.

13



*PRUM and KEM meeting with FBI UCEs in Florida*

22.     On March 17, 2021, **PRUM** met with UC-3 in Boston, Massachusetts.  **PRUM** said that he had four guys available.  UC-3 explained to **PRUM** that he needed "Two guys, a car, um, you know basically with the equipment we need just in case something comes up."  UC-3 then explained that UC-3 needed his guys to provide protection for the movement of drug money from one location to another. UC-3 specifically told **PRUM** the money was from Europe, from "black tar heroin sales from Afghanistan".

23.     On May 5, 2021, **PRUM, PIN, SAM**, and **KEM** met the undercovers in New York, where they traveled to a warehouse.  There, **PIN, KEM** and **SAM**, along with several other undercover agents assisted in counting, wrapping and concealing the money.  **PRUM** oversaw this activity.

 

 

24. The money was loaded on a truck. **PIN, KEM** and **SAM,** in two vehicles, escorted this truck to New Hampshire, where they met another group of FBI undercover agents. **PRUM** and UC-3 traveled to Massachusetts and waited for them to return.

25. On May 16, 2021, UC-3 met with **PRUM, PIN, KEM** and **SAM** in Everett, Massachusetts, to discuss future activity. UC-3 told **PRUM** the next shipment would be in June.

The conversation then turned to discuss the actions of some of the other undercover agents that participated in the May 5, 2021 protection run. **PRUM** complained about how one of the other undercover agents was bossing him and his crew around.  **PRUM** said it didn't matter how much money was being made, he didn't like being disrespected.  **PRUM** said "We kill for a living".

### V.     THE FEDERAL TARGETS OF OPERATION STREET ROULETTE

26.     The following defendants are charged in Case No. 21-cr-10183.

### A.     SARUTH YUT, a/k/a "BLACK" a/k/a "KHMAO," a/k/a "ASIAN WARRIOR," a/k/a "CEASAR," a/k/a "JASON CHAN," a/k/a "S. KONG"

27.     **SARATH YUT ("YUT" )** was a co-founder and leader of  the local Crazy Mob Family, a/k/a Crazy Mafia Family since the late 1990's. **YUT** has a "Crazy Mob Family" tattoo on his arm. In the mid to late 2000's **YUT** formed an alliance with several Asian gang sets from Lowell and created One Family Clique, or "OFC", **YUT** remains the leader of OFC.



28.     As with most criminal enterprises, I believe that **YUT** holds meetings with other members of CMF and OFC.  On February 29, 2020, **YUT** and other members, including **BUTH,**

16

**KEOMANY, CHHIM** and another member, met at the "stash house" located at 346 Western Ave to discuss, among other things, gang business. In text messages between **BUTH** and **LAY** (who was invited to the meeting but did not attend), **BUTH** told **LAY** what was discussed, including plans of violence against rivals:

BUTH:    Nah, I no how things get off topic

BUTH:    U**

LAY:     Whoop.. Gucci

BUTH:    He brought up like 2-3 different topics.  On what he thinks the fishes are doing n planning for long run. Who cares what the fishes are planning in long run. Let's just catch them fishes

LAY:     Yea .. lol.. he made it seem completely different .. I told him that I thought he changed and was scared, that's why I don't chill with them like that cause I'm not letting it go and don't wanna be around scared niggaz

BUTH:    He says he been watching them fishes for a while n know how they move n been actually playing their game . I straight up sed. Well u been playing wit them too long now

LAY:     Yea.. that nigga ain't know shit.. bunch of yap I bet.

BUTH:    Than I didn't even hear wat he sed. All I remember was nah

LAY:     Be careful around niggaz you trust b.. I don't trust em myself

LAY:     Scared niggaz turn to liars and snitches

BUTH:    Well that's why I only called a few of us. Me , u, azn, ole geezer, rizzus, tall



*February 29, 2020 meeting at 346 Western Ave., Unit 4.*

30.     While the narcotics distribution conspiracy typically involved the receipt of narcotics in shipments from California and the distribution of those narcotics in the Lowell area, there was at least one notable exception: **YUT'**s shipment of narcotics to an address in Virginia for the purposes of supplying MAO for distribution in the correctional facility where he was imprisoned.

31.     On January 6, 2020, at the Tewksbury Post Office, **YUT** mailed a parcel (PARCEL 579944) to the same address in Virginia to which he had recently mailed two other packages.[5]     Based on jails call between **YUT** and MAO, and other evidence, I believe that the package was ultimately intended for MAO, who was in prison.

32.     Investigators intercepted PARCEL 579944 and sought and obtained a search warrant for it.  Case No. 20-MJ-10-AJ (D. NH.).  Contained in the package were several layers of internal bags, all containing 30.0 grams of a tan, rock-like substance that field tested positive for MDMA (Ecstasy) and 37 packets of Buprenorphine pills, weighing approximately 31.5

---

[5] YUT was recorded by the post office's security cameras.

grams. The contents of PARCEL 579944 were photographed, and the controlled substances were seized (see below).

 

33. **YUT's** criminal history includes convictions in 2007 of Carrying a Dangerous Weapon - Brass Knuckles and Possession of a Controlled Substance with intent to Distribute – Marijuana.

**B.**   **VIRAK PRUM, a/k/a "POLO," a/k/a "CAPO," a/k/a "LIPS"**

34. **VIRAK PRUM ("PRUM")** is a self-admitted member of CMF and OFC. I believe that **PRUM** is **YUT's** right-hand man and played a role as a "manager or supervisor."



.

35. On June 6, 2019, in an consensual recorded meeting, **PRUM** and **BUTH** met with CW-1 and CW-2 to discuss details regarding an upcoming meeting that would take place on June 8, 2019. **PRUM** introduced himself as **"POLO".** During the conversation, **PRUM** stated that his group was CMF and they were straight gangsters.

PRUM:     Out of respect for you though, like for me as a person I'm not always able to negotiate and whatever and what not but the part I'm just letting you straight forward like we are gangsters.

.......

PRUM:      I'm just letting you know straight forward we are CMF which is a black rag gang that's based out of Modesto California, but it's.

UC:         Yeah

PRUM:      But it's big down here. Our main rivals are AB and TRG but you it's-

UC:        Asian Boys and-and Tiny Rascals Gang?

Laughs

---

[6] This photo was taken at PRUM's wedding on June 19, 2018. *PRUM is on the left, Sarom YUT is in the middle, SARATH YUT on the right and another OFC member, bottom middle.*

PRUM:        Yeah but my wife is TR so. It's come with mutual and whatever. Are you
             guys gang members in any gang? On anything?…

36.        **PRUM** has a criminal history that includes several convictions of motor vehicle

offenses as well as two drug related offenses that include convictions in 2007 for Distributing a

Controlled Substance and Possession of a Controlled Substance. **PRUM** was also convicted of

Possession of Ammunition in 2007.

C.        <u>**PEOUVEASNAH PIN, a/k/a "POE," a/k/a "PANDA PO"**</u>

37.        **PEOUVEASNAH PIN ("PIN")** is a known member of CMF and OFC.  **PIN**

has numerous gang related tattoo's including the numbers "3136" vertically tattooed on his chest

and stomach area. "3136" is symbolically interpreted from numeric to alphabetic as "C-M-F."



38.        **PIN** and **PRUM** conspired to sell over 500 grams of cocaine in a series of four

controlled purchases by other FBI undercover agents (UC-1 and UC-2).  On February 24, 2020,

UC-2 conducted another controlled purchase of a quarter kilogram of cocaine from **PIN**.[7] During the transaction, **PIN** gave UC-2 a brown paper bag that contained a lightbulb box, which contained a plastic bag with the suspected cocaine in it.  Following the transaction, the suspected narcotics were field tested using a TruNarc testing device and tested positive for cocaine.  UC-2 gave **PIN** a white envelope with $9,000 in official agency funds.

39.     On February 24, 2020, at approximately 11:46 a.m., surveillance observed **PIN** exit 17 Walker Street, the then-residence and stash house of **YUT**, carrying a box that resembled the same lightbulb box that **PIN** gave the UC-2.  According to court authorized electronic surveillance, the white Toyota SUV left 17 Walker Street and took a direct and logical route to his residence.  According to the court ordered electronic surveillance, **PIN** did not leave his home until, at 12:33 p.m. surveillance observed **PIN** departed 438 Butman Road in a white Nissan.  At approximately 12:58 p.m., surveillance observed the white Nissan arrive in the vicinity of 70, 3rd Avenue, Waltham, MA, where **PIN** met UC-2 and conducted the transaction. At approximately 1:13 p.m., surveillance observed the white Nissan depart the area of 70 3rd Avenue, Waltham, MA, and travel via a logical route to the residence of **PRUM**, arriving at 1:34 p.m.

40.     On February 25, 2020 at 5:05 p.m., surveillance observed a black Chevrolet Silverado arrive at 17 Walker Street, Lowell, MA.  Shortly thereafter **YUT** exited the driver's door of that vehicle and entered 17 Walker Street carrying a large brown package.  At 5:33 p.m. surveillance observed **PIN** enter 17 Walker Street, Lowell, MA carrying a white envelope resembling the one that UC-2 gave to **PIN** the previous day during the illegal narcotics

_____

[7] UC-1 set up this transaction for UC-2.

22

transaction.  I believe that on February 24, 2020, **PIN** traveled to **YUT's** residence and obtained a quarter kilo of cocaine, which he sold to the UC-2 on the same day; following the transaction, and consistent with the prior transactions, he went and advised **PRUM**; and, on February 25, **PIN** returned to 17 Walker Street to pay **YUT** for the illegal narcotics.

41.     On March 2, 2020, according to electronic surveillance, **YUT** traveled to the USPS office in Billerica, Massachusetts and mailed a package to California.  Agents intercepted the package, obtained and executed a search warrant for that package, and found $54,000 in U.S. currency within multiple layers of packaging.  Agents identified 79, $100 bills with serial numbers matching the OAF used by UCE 2 to conduct the controlled purchase from **PIN** on February 24, 2020.

### D.     SAMBO BUTH, a/k/a "CHEWY," a/k/a "CHING"

42.     **SAMBO BUTH ("BUTH")** is a self-admitted member of CMF and OFC. **BUTH** has several tattoos to include a large tattoo on his head of "3136." "3136" is symbolically interpreted from numeric to alphabetic as C-M-F.  **BUTH** also has a tattoo of "Family" on the top of his right wrist and "First" on the top of his left wrist.

43.     **BUTH** attended the February 29, 2020, "Leadership Meeting," inside 346 Western Avenue, Unit 4, with **YUT**, **CHHIM**, and **KEOMANY.**

23

 

44.     Between May 2019 and August 2019, an FBI cooperating witness ("CW-3") made six controlled drug purchases from **BUTH**, including cocaine, pills containing over 40 grams of fentanyl, and a firearm.

 

45.     On August 11, 2020, the FBI executed a search warrant for **BUTH's** residence, vehicle, and person.  Agents recovered two firearms with loaded magazines, an extended magazine loaded with ammunition, 3 loose rounds of ammunition, multiple bundles of cash hidden throughout **BUTH's** bedroom and closet totaling $50,316, multiple empty kilo-sized plastic drug packages with trace amounts of drugs visible, a small scale, and a plastic bag containing six pills labeled "ICE" that field tested positive for methamphetamine.  In addition, several cellular telephones were seized.

46.     **BUTH** was convicted of Assault and Battery on a Police Officer in 2016 in Lowell District Court. He was sentenced to a 2-year suspended sentence with 1 year committed. BUTH was wanted on an outstanding Superior Court Warrant for approximately 2 years, and ultimately was arrested in 2015.

**E.     SAMBATH LAY, a/k/a "G," a/k/a "GRIMEY"**

47.     **SAMBATH LAY ("LAY")** is a known member of CMF and OFC. **LAY** has multiple tattoos to include a large tattoo on one side of his stomach that reads "One Family Clique" and a tattoo on the other side of his stomach that reads "Crazy Mob Family." **LAY** also has a tattoo of "MOB" on his back.





48.     Between at least April 30, 2019 and July 27, 2020, **BUTH**, **PIN** and **LAY** exchanged hundreds of text messages discussing the sale, distribution, manufacture and payment of illegal narcotics and the sale of firearms.[8]

49.     As a specific example, on May 2, 2019 during a series of text messages, **BUTH** and **LAY** discussed purchasing, reselling cocaine, and cooking crack. **LAY** sent **BUTH** a photograph of the crack that he cooked.  They discussed the look and consistency of crack.

50.     On December 18, 2020, agents executed a federal search warrant at **LAY's** residence  Agents seized a  4.5 mm BB gun with a clip-on light and BB gun magazine, along with four cell phones and various other items. **LAY** admitted to agents that photos of crack cocaine were taken at his residence and that he had cooked crack there.

---

[8] These text messages were recovered from BUTH's phones.  When executing the search warrant on LAY in December 2020, agents recovered the phones which bore the numbers to which these messages were sent.  However, LAY appeared to have deleted the messages (but the images were still present on the phones).

51.     In 2006, **LAY** received a CWOF in Lowell District Court for Disturbing the Peace and Carrying a Dangerous Weapon, (a machete).

### F.      VICTORY THORN

52.     **VICTORY THORN ("THORN")** is an associate of OFC. **THORN** is the owner of On Call Auto Service or "OCA" located at 28 Dix Street, Lowell, MA. Between May 6, 2019 and August 6, 2020, at least 43 parcels were shipped to 28 Dix Street. **THORN** has been surveilled on many occasions accepting USPS packages at this location as well as delivering these same packages to **YUT** at other locations, to include 105 Tanner Street and 346 Western Avenue in Lowell, Massachusetts.



*April 22, 2020: a Black Toyota 4 Runner, registered to THORN, arrived at Western Ave. YUT exited Unit 4 and opened the passenger door. YUT appeared to have a conversation with the driver and then retrieves a large brown box from inside the vehicle and took it inside Unit 4.*

53. On February 3, 2020, agents executed a search warrant on a Priority Mail parcel bound for 28 Dix St. Lowell, MA 01852, that resulted in the seizure of approximately two pounds of Crystal Methamphetamine.





54. In 2006, **THORN** received a CWOF for Operating After a Suspended License in Haverhill District Court.

## G. SAMOEUN KEM, a/k/a "CRAZY ONE," a/k/a "CRAZY," a/k/a "SAM"

55. **SAMOEUN KEM ("KEM")** is a self-admitted member of Sworn Brothers (SB) and an associate of CMF and OFC.

28

56.     **KEM** participated in the planning and execution of the money laundering detail that took place in May 2021. Prior to the operation, **KEM** traveled to Florida in February 2021, with **PRUM** to meet with the UC's and discuss the details of the "job." While meeting with the UC's, **KEM** asked if they were going to need protection. **KEM** made a motion with his hands indicative of using a handgun.



57.     **KEM's** criminal history includes convictions in 2006 in Lowell District Court for three separate incidents: Domestic Assault & Battery, for which he received a 1-year sentence; Abuse Prevention Act; Assault and Battery and Threatening. Additionally, in 2005, **KEM** was convicted for Possession of Class C, controlled substance (40 Ecstasy Pills), **KEM** received a 1-year sentence for the drug offense.

### H.     CHOMROEUN KEO, a/k/a "SHREK," a/k/a "LONG HAIR SHREK"

58.     **CHOMEROEUN KEO ("KEO")** is an associate of CMF and OFC. In mid-October 2019, agents identified **KEO's** address as one of those used by **YUT** and his associates

to receive suspected shipments of drugs. Surveillance there showed **KEO** receiving packages on several occasions as well as **KEO** transferring and delivering the same packages to **YUT** at other known locations.



*KEO receiving USPS Priority Mail packages at 1 Bartlett Court, Dracut, MA on October 17, 2019*



*October 17, 2019 at 12:39 p.m., KEO arrived at 346 Western Ave. carrying white box resembling a USPS Priority Mail box. He used a key to enter Unit 4.*

59. On August 13, 2020, a package destined for **KEO's** residence that had been intercepted by law enforcement was searched and found to contain 998 grams of cocaine stored inside a dog food container.





**I.**     **MARK YIN, a/k/a "MARKASS"**

60. **MARK YIN ("YIN")** was involved in two undercover purchases of cocaine made by an FBI undercover agent. In both instances, UC-3 made contact with **BUTH** and made arrangements to purchase cocaine (two eight-balls and a half ounce of cocaine). In both

instances, **BUTH** communicated that he would be sending an associate to deliver the cocaine. **YIN** delivered the drugs on both occasions.

61.     **YIN**'s criminal record includes a 2007 Homicide by Motor Vehicle/Negligent Operation of Motor Vehicle in which **YIN** received a CWOF.

**J.     CHRISTOPHER PHANN, a/k/a "KREE"**

62.     **CHRISTOPHER PHANN ("PHANN")** is a member CMF and OFC. **PHANN** has a large "Crazy Mob Family" tattoo on his chest. **PHANN** is a drug dealer supplied primarily by **BUTH**, and also **YUT**.



*PHANN, pictured on the left with a "Crazy Mob Family" tattoo on his chest*.



*YUT and PHANN exiting 105 Tanner Street on 7/17/19 at approximately 6:14 p.m.*

### K.  **DARASY CHHIM, a/k/a "MYSTIKAL," a/k/a "RIZZUS," a/k/a "RUSS"**

63.  **DARASY CHHIM ("CHHIM")** is a member of the Bloods and OFC. **CHHIM** is a drug distributor that is supplied by **BUTH**.  **CHHIM** has been seen on the pole cameras at the "stash houses" located at 346 Western Ave and 105 Tanner Street. **CHHIM** attended the February 29, 2020, "Leadership Meeting," inside 346 Western Avenue, Unit 4, with **YUT**, **BUTH**, and **KEOMANY.**

64.  On March 2, 2020, during a series of text messages, **BUTH** and **CHHIM** discussed waiting on **BUTH's** suppliers.  **BUTH** turned the conversation to targeting rival gang

members: "But my real reason was to really get into it. Make time for it. Hang around n fish for 2-3 hours or so. If there is no bite we can wait another day to fish again. Can't sit around n let the fish eat us worms or our worms". **CHHIM** answered, "Yeah I been on that tip I just don't want to use my whip been on the run my whole life But I'm down to do it".

65. **CHHIM's** criminal history includes convictions in 2006 for Possession of Class D (Marijuana), Assault & Battery with a Deadly Weapon, Larceny from a Building and Larceny of a Motor Vehicle in Lowell District Court; in 2004, two convictions for Knowingly Receiving Stolen Property (motor vehicle) in Framingham District Court; Knowingly Receiving Stolen Property (motor vehicle) in Lowell District Court and Knowingly Receiving Stolen Property (motor vehicle) in Chelsea District Court.

### L.  **SRIPHAN KEOMANY, a/k/a "C-PON," a/k/a "C," a/k/a "OLE MAN"**

66. **SRIPHAN KEOMANY ("KEOMANY")** is a member of CMF / OFC. He has a tattoo of " MOB" just above his right wrist. "MOB" represents the second word of "Crazy Mob Family" also referred to as "Crazy Mafia Family."



67.     The investigation revealed that **YUT** often supplied street-level drug traffickers with narcotics from 105 Tanner Street and 346 Western Avenue as part of the narcotics distribution conspiracy.  **KEOMANY** is one of those traffickers.

68.     **KEOMANY** was often observed with **YUT** and other members of OFC at the two "stash houses."  Between February 2020 and July 2020, investigators documented 14 separate instances in which **KEOMANY** was present at those locations. **KEOMANY** was also present at the February 29, 2020 "Leadership Meeting" inside 346 Western Avenue, Unit 4, with **YUT**, **BUTH**, and **CHHIM.**

69.     **KEOMANY** has a lengthy criminal history to include eighty-eight entries on his BOP with convictions dating back to 1995. **KEOMANY** is a prior federal defendant, convicted for Conspiracy to Violate Controlled Substance Act and Possession to Distribute Class E, resulting in a 60-month sentence in federal prison. Prior to that, in 2003, **KEOMANY** was convicted for Assault & Battery in Worcester Superior Court resulting in a sentence of 2-3 years

in state prison. In 1998, **KEOMANY** was convicted of seven (7) counts of Assault & Battery with Dangerous Weapon (baseball bat/shod foot) in Worcester Superior Court and was committed for 131 days. Also, in 1998, **KEOMANY** was convicted for Altering an Electronic ID/Number in Fitchburg District Court and was committed for 4 months.  In 1995, **KEOMANY** was convicted for motor vehicle offenses to include Larceny of a Motor Vehicle, where he received a 2-year suspended sentence, with 6 months committed.

70. **KEOMANY** is a citizen of Laos and currently and has a final order of removal with Immigration and Customs Enforcement. This order is presently not enforceable.

**M.**   **VONGNAROTH PROEUNG, a/k/a "SUNNY," a/k/a "OG DEUCE"**

71. **VONGNORATH PROEUNG ("PROEUNG")** is a member of CMF and OFC. **PROEUNG's** Facebook page has photos of **PROEUNG** "throwing" hand signs,  representing CMF.



*Vongnorath Proeung, a/k/a SUNNY, wearing all black clothing and "throwing" a "M" hand sign. The "M" hand sign is believed to represent the first letter of the word "MOB" or "MAFIA", which is the second word in CMF.*



*In this photo, PROEUNG is wearing a green and white plaid shirt and "throwing" a "C" hand sign, representing the letter C which is the first letter of CMF. YUT is seen in the photo wearing a gray shirt and BUTH is wearing a navy-blue sweatshirt and hat and "throwing" a "C" hand sign as well.*

72. **PROEUNG** formerly lived with **YUT** sent and received packages. Physical surveillance showed **PROEUNG** as a "key holder" to the "stash houses" maintained by **YUT**, located at Western Avenue and Tanner Street. Additionally, **PROEUNG's** fingerprints were

37

lifted from internal packaging of **YUT's** shipment of 27.94 grams MDMA (Ecstasy) and 37 units

of Buprenorphine (Suboxone) to Virginia



*July 4, 2019 at approximately 2:00 p.m., a Black Honda Civic arrived at 105 Tanner St. Vongnaroth PROEUNG, a/k/a SUNNY exited the driver's door and an unkown Asian male exited the passenger side. PROEUNG opened the door to 105 Tanner Street with a key and both males went inside.*



*On 4/1/2020 at approximately 5:54 p.m., an unidentified adult male (UAM) appeared from where two vehicles had just parked. PROEUNG met the individual and appeared to hand the UAM something. PROEUNG then reentered the garage and the UAM returned to where the two vehicles are parked.*

## N.   **GAIUS MONTEYRO, a/k/a "G-MADE"**

73.    **GAIUS MONTEYRO** received shipments of narcotics. **MONTEYRO** began receiving shipments around July 8, 2020, at his business, the New England Print House, 50 Bridge Street, Nashua, New Hampshire. In total, at least 14 parcels were shipped to 50 Bridge Street, most recently as of March 20, 2021.

74.    On March 2, 2021, a large brown box was mailed by USPS Priority Mail Express from a post office in Midway City, California to New England Print House, 50 Bridge Street, Basement B, Nashua, New Hampshire.  Investigators intercepted this package, PARCEL 5745US, sought and obtained a search warrant, and found approximately 10.6 pounds, or 4,821.3 grams, of a clear, hard crystalline substance pressed into blocks and distributed among seven

39

bags. The substances were field tested and produced positive results for Crystal

Methamphetamine.

 

*The March 23, 2021 Search of Inbound Shipment from California,*
*and Seizure of Another 10 pounds of Crystal Methamphetamine*

75. **MONTEYRO** is an associate with OFC. **MONTEYRO's** criminal history

includes a CWOF for Carrying a Dangerous Weapon in 2006, in Newburyport District Court.

**O.** **RICHARD SAM, a/k/a "LIL STOMPER," a/k/a "BOY"**

76. **RICHARD SAM ("SAM")** is a member of Crazy Brother Clan (CBC) and OFC.

SAM has ties to Lowell, Massachusetts as well as Philadelphia, Pennsylvania. **SAM** has gang

related tattoos to include "One Family Clique" across his chest and "CBC" on his upper forearm.

 

77.     In 2008, **SAM** fled Massachusetts and was wanted on charges in connection with a shooting in Lowell, (those charges were later dismissed). **SAM** was featured on the television show "America's Most Wanted" in four different episodes. Law enforcement followed up on a tip they received after the March 26, 2011 episode of "America's Most Wanted" aired. After being on the run for three years, and after a brief foot pursuit, **SAM** was arrested at a mushroom farm in Pennsylvania. In a separate incident, in 2009, Philadelphia Police apprehended a man who identified himself as Jason Sarom, more than a year **SAM** had been on the lam; he was charged with carrying a firearm without a permit.  It was not until days after his release that the Philadelphia Police learned his true identity – Richard **SAM**.[9]  **SAM** was arrested, charged, and

---

[9] The Philadelphia Inquirer – Mass. Fugitive caught at Chesco mushroom farm Mass. fugitive caught at Chesco mushroom farm (inquirer.com)

convicted for Possession of a Firearm by a Prohibited Person (Fugitive) in Philadelphia, where

he received a 21-month federal prison sentence with 3 years of supervised release.



78.    Additionally, in 2008, **SAM** was convicted of Uttering and Larceny More out of

Chelsea District Court. **SAM** received a 297 day sentence for these offenses.

Signed under the pains and penalties of perjury this 10th day of June 2021.

Matthew Zaremba
Special Agent
Federal Bureau of Investigation